April 21, 2015



# SUBSTITUTE JUDGMENT

# The Fourteenth Court of Appeals

BRAZOS PRESBYTERIAN HOMES, INC. D/B/A THE HALLMARK, Appellant

NO. 14-14-00478-CV                    V.

AUGUST SCHUMACHER LANDER, AS INDEPENDENT EXECUTOR OF
THE ESTATE OF BETTY S. LANDER, DECEASED, Appellee

_____

Today the Court heard the parties' joint motion to dismiss the appeal from the order signed by the court below on May 30, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We order this Court's Majority and Concurring Memorandum Opinions issued February 10, 2015, **WITHDRAWN.** We **VACATE** this Court's judgment issued February 10, 2015, and issue this substitute judgment in its place.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.